JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAIL GREENBERG,**<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>**CITY OF TORRANCE, a public entity; BUY BUY BABY, INC., OFFICER M. CUNY, OFFICER JW CHUN, OFFICER B. KAWAMOTO, OFFICER S. RUIZ and OFFICER C. TOMSIC,**<br><br>　　　　　Defendants | **CASE NO. 2:19-cv-03569-RGK (Ex)**<br><br>**Hon. R. Gary Klausner**<br>**Courtroom 850 – Temple Street**<br><br>**Hon. Charles F. Eick, Magistrate Judge**<br>**Courtroom 750 - Roybal**<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>*Complaint filed:　April 29, 2019*<br>*Trial date:　　　August 11, 2020* |

　　　Pursuant to the agreement of the parties to this action as evidenced by their Stipulated Dismissal filed concurrently herewith,

　　　**IT IS HEREBY ORDERED** that the entire above-entitled action be dismissed with prejudice.

DATED:　June 10, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. R. Gary Klausner
　　　　　　　　　　　　　　　　　　　　United States District Court

Greenberg - Proposed Order re Stipulation for Dismissal.DOC　　1

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**